UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHRISTINE STALLTER, et al.

-Against-

Civil Case Number: 25-cv-06749-NGG-PK

LAFARGE S.A., et al.

-----------------------------------------------------------X

NOTICE OF ATTORNEY APPEARANCE
At Arbitration Hearing

DATE: 4/23/26

Please notice that I, James A. Ruck , have been retained by
(PRINT NAME)

(Plaintiff/Defendant) All Plaintiffs .

NAME AND ADDRESS OF FIRM

Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C

1615 M Street NW, Suite 400

Washington, DC 20036

Telephone: 202-326-7900

Signature: /s/ James A. Ruck